**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   WELLS FARGO BANK NA,                    No. C-11-03937-DMR

12            Plaintiff,                     **JUDGMENT PURSUANT TO
                                             STIPULATION**
13       v.

14   ALUM  LANDLORD (DE) QRS16-105 INC,

15            Defendant.
     _____/
16

17           The Court, having reviewed the Ex Parte Application for Immediate Entry of Judgment

18   Pursuant to Stipulation ("Application"), filed by Plaintiff WELLS FARGO BANK, N.A., as Trustee

19   for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC

20   20 Commercial Mortgage Pass-Through Certificates, Series 2007-CIBC 20 acting by and through C-

21   III Asset Management LLC, its Special Servicer, and Defendant ALUM Landlord (DE) QRS16-105,

22   Inc., a Delaware corporation, having reviewed the Stipulation of Entry of Judgment executed by

23   Plaintiff and Defendant filed concurrently herewith and good cause appearing therefor:

24           IT IS ORDERED, ADJUDGED AND DECREED that pursuant to the terms of the Deed of

25   Trust[1], Plaintiff WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of J.P.

26

27       _____

28           [1]   All terms capitalized herein but not defined shall have the meanings ascribed to them in
         the Complaint for Specific Performance and Appointment of Receiver previously filed in the above-
         entitled action or in the Stipulation for Immediate Entry of Judgment filed concurrently herewith.

**United States District Court**
For the Northern District of California

1  Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC 20 Commercial Mortgage Pass-

2  Through Certificates, Series 2007-CIBC 20 acting by and through C-III Asset Management LLC, its

3  Special Receiver, was entitled to specific performance and appointment of a receiver against

4  Defendant ALUM Landlord (DE) QRS16-105, Inc., a Delaware corporation, to have the Receiver

5  appointed to take possession and charge and operate the Subject Properties and Rents as more

6  specifically set forth in that certain Order Appointing Receiver Ex Parte and Preliminary Injunction

7  in Aid of Receiver previously filed in the above-entitled action on August 30, 2011.

8           IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain

9  jurisdiction over the Receiver appointed in the above-entitled action to permit the Receiver to carry

10  out his Court appointed duties until such time as the Receiver is discharged and his final accounting

11  is approved of by this Court.

12           The Court directs the Clerk to close the file at this time and vacate all further hearing dates.

13

14  IT IS SO ORDERED.

15

16  Dated:  September 19, 2011

17

18



DONNA M. RYU
United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28