United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NA, | No. C-11-03937-DMR |
| Plaintiff, | **JUDGMENT PURSUANT TO STIPULATION** |
| v. | |
| ALUM LANDLORD (DE) QRS16-105 INC, | |
| Defendant. | |

The Court, having reviewed the Ex Parte Application for Immediate Entry of Judgment Pursuant to Stipulation ("Application"), filed by Plaintiff WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC 20 Commercial Mortgage Pass-Through Certificates, Series 2007-CIBC 20 acting by and through C-III Asset Management LLC, its Special Servicer, and Defendant ALUM Landlord (DE) QRS16-105, Inc., a Delaware corporation, having reviewed the Stipulation of Entry of Judgment executed by Plaintiff and Defendant filed concurrently herewith and good cause appearing therefor:

IT IS ORDERED, ADJUDGED AND DECREED that pursuant to the terms of the Deed of Trust[1], Plaintiff WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of J.P.

---

[1] All terms capitalized herein but not defined shall have the meanings ascribed to them in the Complaint for Specific Performance and Appointment of Receiver previously filed in the above-entitled action or in the Stipulation for Immediate Entry of Judgment filed concurrently herewith.

Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC 20 Commercial Mortgage Pass-Through Certificates, Series 2007-CIBC 20 acting by and through C-III Asset Management LLC, its Special Receiver, was entitled to specific performance and appointment of a receiver against Defendant ALUM Landlord (DE) QRS16-105, Inc., a Delaware corporation, to have the Receiver appointed to take possession and charge and operate the Subject Properties and Rents as more specifically set forth in that certain Order Appointing Receiver Ex Parte and Preliminary Injunction in Aid of Receiver previously filed in the above-entitled action on August 30, 2011.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over the Receiver appointed in the above-entitled action to permit the Receiver to carry out his Court appointed duties until such time as the Receiver is discharged and his final accounting is approved of by this Court.

The Court directs the Clerk to close the file at this time and vacate all further hearing dates.

IT IS SO ORDERED.

Dated: September 19, 2011



DONNA M. RYU
United States Magistrate Judge