UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NA, | No. C-11-3937 DMR |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| v. | |
| ALUM LANDLORD (DE) QRS16-105 INC, | |
| Defendant(s). | |

The court is in receipt of the Receiver's Motion to Employ General Counsel. The court ORDERS the Receiver to provide the following supplemental briefing by no later than June 4, 2012:

1. Support for the position that the court may retroactively grant the motion despite Civil Local Rule 66-2, which states that "[t]he receiver may not employ an attorney, accountant or investigator without a Court order."

2. Specific reasons, rather than conclusory statements, as to why the Receiver requires general counsel.

The June 14, 2012 hearing is hereby VACATED.

IT IS SO ORDERED.

Dated: May 29, 2012

_____
DONNA M. RYU
United States Magistrate Judge