UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NA, | No. C-11-03937 DMR |
| Plaintiff(s), | **ORDER VACATING HEARING ON RECEIVER'S MOTION [DOCKET NO. 30]** |
| v. | |
| ALUM LANDLORD (DE) QRS16-105 INC, | |
| Defendant(s). | |

The Receiver's motion for an order approving the Receiver's final account and report, approving distributions, discharging the Receiver, and exonerating the Receiver's bond is set for a hearing on December 12, 2013. [Docket No. 30.] Pursuant to Civil Local Rule 7-3, any brief in opposition to the Receiver's motion was due on November 20, 2013, but no such opposition has been received. Having reviewed the motion, the court determines that it is appropriate for resolution without a hearing pursuant to Civil Local Rule 7-1(b). The hearing on December 12, 2013 is VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: November 21, 2013

DONNA M. RYU
United States Magistrate Judge