1  Phillip K. Wang (CA SBN 186712)
   Marcus O. Colabianchi (CA SBN 208698)
2  Philippe A. Toudic (CA SBN 173819)
   **DUANE MORRIS LLP**
3  One Market Plaza
   Spear Street Tower, Suite 2200
4  San Francisco, CA  94105-1127
   Telephone: (415) 957-3000
5  Facsimile: (415) 957-3001
   Email: pwang@duanemorris.com
6         mcolabianchi@duanemorris.com

7  Attorneys for Receiver
   J. ERIC JOHNSON
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 WELLS FARGO BANK, NA, as Trustee           Case No. 4:11-03937-DMR
   for the Registered Holders of J.P.
13 Morgan Chase Commercial Mortgage           [~~PROPOSED~~] ORDER GRANTING
   Securities Trust 2007-CIBC 20              MOTION BY RECEIVER FOR APPROVAL
14 Commercial Mortgage Pass-Through           OF FINAL ACCOUNT AND REPORT,
   Certificates, Series 2007-CIBC 20, acting  APPROVAL OF DISBURSEMENTS,
15 by and through C-III Asset Management,     DISCHARGE OF RECEIVER, AND
   its Special Servicer,                      EXONERATION OF BOND
16
17         Plaintiff,
18 v.
19 ALUM LANDLORD (DE) QRS16-105
   INC.,
20
21         Defendant.

22         The Motion of the Court-appointed receiver J. Eric Johnson ("Receiver") for an order

23 approving the Receiver's Final Account and Report, approving disbursements, discharging the

24 Receiver, and exonerating the Receiver's bond ~~came on for hearing on December 12, 2013 in the~~
   ~~above-captioned Court. Appearances were made as noted in the record.~~ is before the court. [Docket No. 30.]
25 On November 21, 2013, the court determined that this matter was appropriate for resolution without a hearing pursuant to Civil L.R.7-1(b).

26         Having read and considered the Final Account and Report, and being fully advised of the

27 premises, the Court finds that the Final Account and Report is true, complete, and correct, and that

28 the Receiver has duly accounted for all moneys and other property coming into his hands.

DM3\2668743.1 R1990/00001
                                                 1

The court notes that any brief in opposition to the Receiver's motion was due on November 20, 2013, but no such opposition has been received by the court to date. Accordingly,

IT IS ORDERED THAT:

1. The Receiver's Final Account and Report is hereby approved;

2. The interim distribution to plaintiff Wells Fargo Bank, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC 20 Commercial Mortgage Pass-Through Certificates, Series 2007-CIBC 20, acting by and through C-III Asset Management, its Special Servicer ("Plaintiff"), in the amount of $1,005,824.17 is hereby approved.

3. The interim payment of Receiver's fees in the amount of $101,860 and property management fees in the amount of $112,600 are hereby approved.

4. The interim payment of legal fees to Duane Morris LLP in the amount of $24,055.23 is hereby approved together with unpaid fees in the amount of $5,540.10. The Receiver may pay final fees in the amount of up to $2000.00, with any remainder to be distributed to Plaintiff Wells Fargo Bank, N.A.

5. The Receiver is authorized to distribute the sum of $96,238.21 to Plaintiff.

6. The Receiver and the receivership estate shall have no further liability in this matter.

7. The Receiver is hereby discharged and his bond is exonerated.

IT IS SO ORDERED.

Dated: __November 27__, 2013

_____
HONORABLE DONNA M. RYU
MAGISTRATE JUDGE OF
U.S. DISTRICT COURT